**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ **9th** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Flora Newsome Shaw** | JOINT DEBTOR: | | CASE NO.: | 11-10359 RAM |
|---|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-4989** | Last Four Digits of SS# | | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of --48-- months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **725.45** for months **1** to **48** ;
B. $ _____ for months ___ to ___ ;i
C. $ _____ for months ___ to ___ ;

Administrative: Attorney's Fee - $ **0.00**   TOTAL PAID $ **0.00**
Balance Due $ **-NONE-** payable $ _____ /month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Poinciana Village Condominium Association**
   Address: **269 NW 7 Street; Miami, FL 33136**
   Account No: **Account No: 201**
   Arrearage on Petition Date $ **12,158.07**
   Arrears Payment $ **253.29** /month (Months **1** to **48**)
   Regular Payment $ **350.00** /month (Months **1** to **48**)

2. **Dade County Federal Credit Union**
   Address: **1500 NW 107 Ave Mlami, FL 33172**
   Account No: **Account No: 4989**
   Arrearage on Petition Date $ **0.00**
   Arrears Payment $ **0.00** /month (Months ___ to ___)
   Regular Payment $ **24.65** /month (Months **1** to **48**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due $ _____
Payable $ _____ /month (Months ___ to ___)   Regular Payment $ _____

Unsecured Creditors: Pay **$31.56** /month (**Months 1 to 48**);

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The debtor will pay US Bank, her mortgagee, outside of the bankruptcy plan.

The debtor will pay Dade County Federal Credit Union for the VISA account (Claim 3-1) within the plan. Objections to other unsecured claims (Claims 2-1 and 1-1) were sustained and those claims were disallowed.

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

The debtor(s) will provide copies of his/her income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedule I and J and modify the plan if necessary.

The debtor will modify the plan to provide for the distribution of funds recovered from her pending lawsuit which are not exempt to the unsecured creditors.

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims. However, there are no unsecured claims because Claims 2-1 and 1-1 were disallowed after objection to those proofs of claim.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Flora Newsome Shaw**
**Flora Newsome Shaw**
Debtor

Date:  February 15, 2012